UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| NIKITA JOHNSON, | : | Case No. 1:13-cv-421 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY:**

**(1) ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 17);
(2) REVERSING THE DECISION DENYING PLAINTIFF SSI BENEFITS,
(3) REMANDING THIS MATTER UNDER SENTENCE FOUR
OF 42 U.S.C. §405(g), AND
(4) TERMINATING THIS CASE FROM THE DOCKET**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on January 21, 2015, submitted a Report and Recommendations. (Doc. 17). No objections were filed.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 17) is **ADOPTED**;

2. The decision of the Commissioner to deny Plaintiff SSI benefits is **REVERSED**;

3. This matter is **REMANDED** under Sentence Four of 42 U.S.C. §405(g) for completion of the next steps of the sequential evaluation process, for testimony from a medical expert in order to properly assess Plaintiff's impairments prior to June 18, 2010, and for consideration of the additional evidence submitted by Plaintiff; AND

4. The Clerk shall enter judgment accordingly, whereupon this case is **CLOSED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 2/11/15

Timothy S. Black
United States District Judge